IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Criminal No. 06-000206-CG |
| | * | |
| **QUANG VAN NGUYEN** | * | |
| | * | |
| **Defendant.** | * | |

### PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the motion of the United States for preliminary order of forfeiture. (Doc. 21)  Upon consideration, the motion is **GRANTED**, as follows:

WHEREAS, in the indictment against the abovecaptioned defendant, the United States sought forfeiture of property to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as an unregistered firearm and dangerous device possessed by the defendant Quang Van Nguyen in violation of the applicable criminal statute;

AND WHEREAS, based upon the guilty plea to Count Two of the Indictment entered on January 18, 2007, and the defendant's agreement to consent to the forfeiture of the said dangerous device, and for the reasons stated, it is hereby:

**ORDERED, ADJUDGED and DECREED**, that pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2(b), the interests of the defendant Quang Van Nguyen in the Street Sweeper 12 gauge shotgun, serial number SH2344, is hereby condemned and forfeited to the

United States for disposition according to law.[1]

AND WHEREAS, by virtue of said guilty plea and Plea Agreement, the United States is now entitled to, and it should, pending possible appeal herein, take the said property into its possession and notify any and all potential third parties who have or may have an interest in the property forfeited, pursuant to Title 18, United States Code, Section 924(c) and Title 28, United States Code, Section 2416(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

**NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED and DECREED**:

That based on the guilty plea and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the right, title and interest of the defendant Quang Van Nguyen in the Street Sweeper 12 gauge shotgun, serial number SH2344, is hereby forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of Title 18, United States Code, Section 853(n).

That the aforementioned forfeited property is to be held by the United States of America or its agent pending the disposition of the appeal of the instant matter, at which time the United States will notify theUnited State Marshals Service to that it may take the aforementioned forfeited property into its secure custody and control.

That pursuant to Title 21, United States Code, Section 853(n)(1), the United States Marshal forthwith shall publish at least once a week for three successive weeks in a newspaper

---

[1] Since the said weapon was offered and admitted into evidence during the trial of the defendant Quang Van Nguyen on Count One of the indictment, the United States Marshal or any other custodian of the said weapon is directed to maintain secure custody and control over it pending the disposition of the appeal of the defendant Quang Van Nguyen's conviction on Count One. When the appeal is finally resolved, the United States Marshal is directed to dispose of the said weapon in accordance with the applicable law and regulations.

of general circulation, notice of this order, notice of the Marshals intent to dispose of the weapon in a manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the forfeited property must file a petition with the Court within thirty days of the final publication of notice or of their receipt of actual notice, whichever is earlier.

      This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

      The United States may also, to the extent practicable, provide direct written notice to any person know to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

      After disposition of any motion field under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

      The United States shall have clear title to the property following the Court' disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third-party petitions.

      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, and the defendant's consent to the forfeiture on the record of the proceedings at his guilty plea, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of execution

and shall be made part of the sentence included in the judgment.  If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Rule 32(c)(2) of the Federal Rules of Criminal Procedure..

The Court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

The Clerk of the Court shall forward thee certified copies of this Order to the attorney for the United States, Assistant United States Attorney Gloria A. Bedwell, United States Attorney's Office, Southern District of Alabama.

**DONE and ORDERED** this 8th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE