# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| QUANG VAN NGUYEN, | : |
| Petitioner, | : |
| | : CRIMINAL NO. 06-00206-CG-B |
| v. | : CIVIL ACTION NO. 09-00629-CG |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is ORDERED that Petitioner's petition for habeas corpus relief is hereby **DENIED** and that a certificate of appealability is **DENIED**.

**DONE and ORDERED** this 28th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE