# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| QUANG VAN NGUYEN, | : | |
| Petitioner, | : | |
| vs. | : | **CRIMINAL NO. 06-00206-CG-B** |
| UNITED STATES OF AMERICA, | : | **CIVIL ACTION NO. 09-0629-CG-B** |
| Respondent. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 31, 2011 is **ADOPTED** as the opinion of this Court. Petitioner's motion for certificate of appealabilty (Doc. 80) and motion for leave to appeal in forma pauperis (Doc. 81) are **DENIED**.

**DONE and ORDERED** this 2d day of February, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE